```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
        - v. -                        :    NOTICE OF INTENT TO
                                      :    FILE AN INFORMATION
MICHAEL R. WEIGAND,                   :
    a/k/a "Shabang,"                  :
    a/k/a "~Shabang~,"                :
    a/k/a "~s,"                       :
    a/k/a "s,"                        :    20cr510
                                      :
            Defendant.                :
------------------------------------- X
```

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         August 17, 2020

                           AUDREY STRAUSS
                           Acting United States Attorney

                     By:   _____
                           Michael D. Neff
                           Assistant United States Attorney


                           AGREED AND CONSENTED TO:

                     By:   _____
                           Avrom Robin, Esq.
                           Attorney for Michael R. Weigand