UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :         20 Cr. 510 (WHP)
                                   :
**Michael R. Weigand**,            :         ORDER
                Defendant.         :
------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      The Clerk of Court is directed to note that the defendant waived prosecution by indictment and consented to prosecution by information on the record during a videoconference proceeding held September 21, 2020.

Dated: September 23, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.