LAW OFFICES OF

# LONDON & ROBIN

IRA D. LONDON (retired)
AVROM ROBIN

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: a.robin@londonrobin.com
avrom@mindspring.com

VIA ECF

October 2, 2020

The Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

October 2, 2020

Re:     *United States v. Michael Weigand*
        20-CR-510 (WHP)

Dear Judge Pauley:

Your Honor set bail conditions for my client Michael Weigand on September 21, 2020.

I write to request a two - week extension of the date to meet bail conditions, from October 5, 2020 to October 19, 2020.

A.U.S.A. Michael Neff consents to this request.

This request is generated by the need for extra time to coordinate and execute the necessary documents relating to the posting of the real property, Mr. Weigand's home, which is part of the bail conditions.

A filing in the local court in Lake County, Ohio, where Mr. Weigand's home is located is required here, and that requires an attorney in Ohio to physically go to the courthouse, all of which I am in the process of arranging.

The remaining conditions have been met as of today.

Respectfully submitted,

AVROM ROBIN

c.:     A.U.S.A. Michael Neff  (via email)