UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Michael Weigand,

Defendant.

20-cr-510 (WHP)

ORDER

WILLIAM H PAULEY III, District Judge:

    Sentencing is scheduled in the above-captioned matter for December 18, 2020 at 2:00 p.m.  A publicly-accessible audio line is available by dialing 917-933-2166, entering participant code 409155902.

Dated:  December 11, 2020
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.