LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON (retired)
AVROM ROBIN

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: a.robin@londonrobin.com
avrom@mindspring.com

<u>VIA ECF and EMAIL</u>

December 14, 2020

The Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  <u>United States v. Michael Weigand</u>
          20-CR-510 (WHP)

Dear Judge Pauley:

  This letter contains letters written by family in support of Michael Weigand, for your Honor's consideration for sentencing on December 18, 2020.

  Katherine Weigand, Michael's wife for over 36 years, writes "Mike is an engineer by profession and a problem solver who gets things done." She goes on to write that he is an honest man and a good husband. "He answers questions about computer issues and will debug the computers for family and friends." She closes by saying that a prison sentence will result in the loss of his employment and asks for a sentence of probation. *See* Exhibit A.

  Joanne M. Spees, Katherine's mother and Michael's mother-in-law, writes that Mike "is honest, trustworthy, and a person of good character. He's a very hard worker…a good son to his mother and father…a good father who spends time with his sons, encouraged them to get a college education." Like Michael's wife, Joanne finds it har to believe that Michael intentionally liked to federal officers. *See* Exhibit B.

  Both sons of Katherine and Michael Weigand have written. Steven writes that he is aware his father is being sentenced for making false statements and asks that you consider "that my father has otherwise been a productive member of society and helped raise my brother and I to become ourselves productive members of society." Steven adds that for many years Michael "provided space and supervision to me and my friends" to play computer and video games. Steven adds that this activity "also probably had the side effect of cultivating several of my friends' interest in programing that has since become the focus of several of my friend's careers." *See* Exhibit C.

Hon. William H. Pauley III
December 14, 2020
Page 2 of 2

William Weigand, Katherine and Michael's younger son, writes about his father that "the support and teaching he has provided" have enabled him and his brother Steven to be successful, find jobs they both like and are well compensated for. Further, "he has passed along many skills, one of the most useful has been mechanical aptitude." William goes on to ask that his father's sentence not "threaten his livelihood close to his retirement age." *See* Exhibit C for letters from both sons.

Finally, two brothers of Michael have written in support. Stephen Weigand writes, like all the other family members, about how Michael is always helpful to family members with chores and projects around the house. "He even traveled to Missouri to help me when I moved and even with a renovation project." Stephen adds that the resulting job loss to Michael that a prison sentence "would cause an undue hardship on him, his family and the community as he would go from being a taxpayer to a drain on already strained government resources."  *See* Exhibit D.

Mark Weigand writes, like all the other family members, what a good husband and father he has been, raising his sons as "a wonderful father." Mark adds, "I have heard he has a good reputation due to the quality of work he has delivered to businesses he serves." Mark closes by asking for a lenient sentence based on Michael's "lack of criminal history and that he poses no threat to the community." *See* Exhibit D for letters from both brothers of Michael Weigand.


Respectfully submitted,

AVROM ROBIN

c.:     A.U.S.A. Michael Neff (via ECF and email)