# EXHIBIT A

December 6, 2020

Honorable William H. Pauley III
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Pauley,

    My name is Katherine Weigand and I am Michael's wife for the past 36 and a half years. I met Mike in high school sociology class. He sat across the aisle and kept bugging me before or after class. Our first date was Senior High Prom. We got married 5 years later after we both finished college. We have two grown sons who are contributing members of society.

    Mike is an engineer by profession, a problem solver and a man who gets things done. He designed and built the raised beds for the garden, built the sun room on our house with the help of family members and figured out the underground sprinkler so it wouldn't overwhelm the well. The sprinkler system is for the fruit trees on our property.

    Mike is an honest man, a careful planner, an avid reader, a gardener and a good husband-- a "keeper" as I tell my family and friends. He was a Boy Scout leader for a couple of years of the troop at church. He helps his landlord (of his personal office) with odd jobs to help maintain the buildings. He answers questions about computer issues and will debug the computers for family and friends.

    The charge of lying to a federal officer is an honest mistake on Mike's part. When he loaned the bit coin to Thomas, he didn't know it was going to the Silk Road Corporation instead. When Thomas repaid the bit coin which had greatly increased in value, Mike reported the gain as income. He did not intentionally lie or cheat about what he had done.

    One thing I have noticed is the Mike is much more cynical about the justice system than he used to be since he has seen it in action. If you sentence Mike to prison it will result in the loss of his employment. I ask you not to sentence him to prison but to probation and the fine.

Sincerely,

*Katherine L. Weigand*

Katherine L Weigand