# EXHIBIT B

Joanne M. Spees  Dec 5, 202

Dear Judge,

This letter is in regard to the character of Michael Weigand. I've known Mike 41 years and I found that he is honest, trustworthy and a person of good character. He's a very hard worker. There are very few things that Michael can't do. He rebuilt my deck, put a metal railing up in front of the house and will do just about anything for me or my house. He was a good son to his mother and father and did a lot for them over the years.

He's a good father and spends time with his sons, encouraged them to get a college education and the boys still look to him for advice.

Mike and Kathy work well together work in the garden, canning and working around their house.

I do hope that you realize that Michael did not intentionally lie to the federal officers and please take that into consideration

Thank you for your time.

Joanne M Spees