# EXHIBIT C

815 Frost Rd Apt 1603
Streetsboro, OH 44241


December 7, 2020


Honorable William H. Pauley III
United States Courthouse
500 Pearl Street
New York, NY 10007


Dear Judge Pauley,

I am Steven Weigand, son of Michael Weigand. My father (in combination with my mother) provided a supportive and stable household while my brother and I were growing up. He has always been willing to help teach my brother and I useful skills (car repair, computers, lots of around the house handy work, etc.) and ultimately to cultivate our interests in engineering which has become my brother's and I's career track..

I am aware of my father's guilty plea of making false statements to investigators and that he is about to be sentenced. I would ask you to consider that the crime is a non-violent one, that my father has otherwise been a productive member of society and helped raise my brother and I to become ourselves productive members of society.

My father for many years provided space and supervision to me and my friends while growing up have weekly lan parties (basically a gathering where participants play video games with each other over a local network) where my friends and I played computer games with each other. I do not think my father ever received any direct return on this, and I've no idea how much money he ultimately spent between food, computers, space and electricity. But I do know it provided my friends and I a safe and enjoyable outlet that kept us out of trouble, let us blow off steam and probably prevented us from partaking in things like underage drinking or illicit drugs as we had the computer games to occupy us during our teenage years. It also probably had the side effect of cultivating several of my friends' interest in programing that has since become the focus of several of my friend's careers.

Thank you for taking the time to read my letter.


Sincerely,

*Steven Weigand*

Steven Michael Weigand

Dear Judge Pauley,

      I am William Weigand, Mike's younger son. My dad has raised successful sons, in a world where many college graduates are crushed with college debt, both of us have paid off our student loans. In a world that says that my generation will have worse economic outcomes than my parent's generation, I am earning well above the median income. These facts are heavily influenced by my dad and the support and teaching he has provided.  Seeing some of the work that he brought home, along with interest in the computer network he set up in our home are at the root of my decision to pursue a career in electrical engineering (which resulted in my above average outcome).

      Besides career path inspiration, he has passed along many skills, one of the most useful has been mechanical aptitude. When I was in high school, I would help my dad and brother fix the cars in our family. When I got my first car in the summer of 2013 (a 2003 Buick Century) it had a brake line failure a month after I got it. Most of my friends of the time would have had to scrounge up hundreds of dollars to have a repair shop make the fix, but having learned my way around wrenches and other tools from my dad (and being able to borrow his tools), I was able to fix my car for around $80 and continue going to my first job.

      So why should it matter that my dad raided self sufficient sons with good careers and well-rounded skills? It matters because society should reward a man who achieved that, not threaten his livelihood close to his retirement age.  His actions, not providing information to an investigation were not deliberate, but came from a lapse in memory. Sentencing should reflect that this was a minor failing and *NOT* intentional action.

Sincerely,

William Weigand