# EXHIBIT D

Stephen Weigand
409 Crest Ave
Kirkwood, MO 63122

December 12, 2020

Honorable William H. Pauley III
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Pauley,

I am Michael Weigand's brother and have known him all my life. I am aware that Michael is about to be sentenced for perjury based on discrepancies from FBI interview notes.

Michael makes himself available to help family members and others when needed. He often assists his mother-in-law with projects around the house, especially after her husband passed. He traveled to Missouri to help me when I moved and even with a renovation project. He has always had a kind heart. He is a good husband to his wife and good father to his children. He taught his sons how to work on their cars and maintain their computer equipment. I have known him to provide the best possible work for his customers, sometimes to his detriment financially. I don't believe he would knowingly provide technical services to unscrupulous individuals or companies.

I am hopeful that you will consider Michaels family before sentencing. I believe it would be an unfair and severe hardship for his family to sentence Michael to jail time. Separating him from his family and the resulting job loss would cause an undue hardship on him, his family and the community as he would go from being a taxpayer to a drain on already strained government resources.

I hope you will consider my thoughts when it comes to your sentencing. I would ask for the most lenient sentence in this case as Michael has no criminal history and poses no threat to the community. Especially in light of the current pandemic. Thank you for your consideration.

Respectfully

*Stephen Weigand*
Stephen Weigand

Mark Weigand  
3809 11th Street  
Canton, OH 44710

Honorable William H. Pauley III  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Dear Judge Pauley,

I am Michael Weigand's brother and have known him my entire life. I have recently been made aware that Michael is about to be sentenced for perjury based on inconsistencies with FBI interview notes.

He has always been a good husband to his wife and wonderful father to his children. He has spent much time with his two sons teaching then how do repair their cars and to do household repairs and maintenance. More importantly he saw to their educations and development into men. He also made himself available to assist our mother with household repairs and maintenance and the necessary home modifications required for an elderly woman. He has also given me assistance with home repair when it has been beyond my physical capabilities. I have heard he has a good reputation due to the quality of work he has delivered to businesses he serves.

I sincerely hope that you will consider Michaels family prior to sentencing. Separating him from family and the consequential career loss would cause an undue hardship for him, his family, and the community as he would go from being a taxpayer to tax burden.

Please, consider my thoughts regarding your sentencing. I would ask for the most lenient sentence in this case as Michael has no criminal history and poses no threat to the community. Especially given the current pandemic. Thank you for your consideration.

Respectfully

Mark Weigand