LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON (retired)
AVROM ROBIN

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: a.robin@londonrobin.com
avrom@mindspring.com

<u>VIA ECF and EMAIL</u>

April 19, 2021

The Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                        Re:    <u>United States v. Michael Weigand</u>
                                 20-CR-510 (WHP)

Dear Judge Pauley:

      I submit this status letter regarding my client Michael Weigand, who was sentenced by your Honor on December 18, 2020. Mr. Weigand remains on bail pending self-surrender to serve his sentence of eight months.

      At sentence, after setting a self-surrender date of April 29, 2021, your Honor made it clear that the Court would be open to a defense request to extend that date based on "the situation within the Bureau of Prisons or generally with respect to the pandemic."

      I now write to inform the Court that Mr. Weigand intends to self–surrender on April 29, 2021, as he is keen to bring this chapter of his life to a close. Mr. Weigand has been designated to FCI Elkton, the facility nearest his home in Ohio.

      Additionally, Mr. Weigand has paid his special assessment of $100 and mailed to the SDNY clerk several weeks ago a check for $4,000 in full payment of the fine your Honor imposed at sentence.

      Also, on December 22, 2020, following his sentence, Mr. Weigand was terminated by his employer in Ohio, Bird Technologies, Inc. because of this conviction. He has been unemployed since then.

      Finally, Mr. Weigand has sent me two writings, which are attached and ECF filed as supplements, that he wants in the record.

      The first refers to his trip to England through Canada. The second refers to Torchat, the software he worked on in connection with this offense.

Hon. William H. Pauley III
April 19, 2021
Page 2 of 2

      Mr. Weigand is not seeking any relief or court intervention at this time. He only wants to supplement the record regarding his position on the two issues highlighted in his writings.

      Mr. Weigand stands by his guilty plea allocution and is ready to begin his sentence.

Respectfully submitted,

AVROM ROBIN

c.:     A.U.S.A. Michael Neff  (via email)

Attachments