Mr. Neff misled the court during sentencing.

Mr. Neff willfully & knowingly misrepresented the facts to the court when he declared that I was "sneaking through Canada to avoid detection". Mr. Neff was in possession of the complete air travel itinerary detailing that the flights to London originated in Cleveland, and the flights on the return trip ended in Cleveland.

U.S. Customs and Border Protection (CBP) operates numerous US Port-Of-Entry facilities in major Canadian airports. Less than 60 seconds with Google would reveal that fact. Link: https://www.admtl.com/en/guide/customs-imigration-united-states Traveling to Europe via Montreal or Toronto is usual and customary route for US travelers from the central US to Rome, Paris, London, etc. and routes often connect through Canadian airports via US Customs operated Ports of Entry facilities.

Misrepresenting these clearly and openly documented commercial flights as "sneaking across the border" was a malicious smear on the part of Mr. Neff at sentencing.

If Mr. Neff was repeating his misrepresentation of the facts of that trip to London based on contents that Torchat log while in possession of the actual travel itinerary, then Mr. Neff's misrepresentation to the court was knowingly and willfully intended as a vicious smear. Mr. Neff is fully aware that the Torchat log file is a hearsay document that he personally has questioned the accuracy and veracity of (ref. "Abundance of caution" Email from Mr. Neff). Mr. Neff is aware that there is no proof of the authorship of any remote user in a Torchat chat log. (ref. Problem With Torchat Log Files as Evidence)

_____/s/_____
Michael Weigand

March 21, 2021